

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cruzita Dobyns,

* From the 358th District Court
of Ector County,
Trial Court No. D-20-06-0582-CV

Vs. No. 11-22-00002-CV

* July 27, 2023

Odessa Dental Solutions, PA
and Shihab Mulah Diais,

* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Cruzita Dobyns.